IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| FRANCIS PAUL RIPP, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION 17-0568-WS-B |
|  | ) |  |
| JACK BURRELL, *etc.*, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

On May 17, 2018, defendant, Jack Burrell, filed a Motion to Enforce Settlement Agreement (doc. 28), with accompanying memorandum of law.

Any party opposing this Motion must file a response, supported by legal authority as appropriate, on or before **May 31, 2018**. Movant will be allowed until **June 7, 2018** to file a reply. If the Court determines that oral argument is appropriate, the parties will be notified and a hearing will be scheduled. Otherwise, defendant's Motion to Enforce Settlement Agreement will be taken under submission after **June 7, 2018**.

DONE and ORDERED this 23rd day of May, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE