IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANCIS PAUL RIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0568-WS-B |
| | ) |
| JACK BURRELL, etc., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant has filed a motion to enforce settlement agreement, (Doc. 28), to which the plaintiff has responded. (Doc. 29). The defendant is **ordered** to file and serve any reply on or before **June 7, 2018**. The Court will take the motion under submission on June 7, 2018.

DONE and ORDERED this 4th day of June, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE