IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANCIS PAUL RIPP,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION 1:17-cv-00568-WS-B |
| | * | |
| **JACK BURRELL, IN HIS OFFICIAL** | * | |
| **CAPACITY AND INDIVIDUALLY,** | * | |
| | * | |
| Defendant | * | |

## NOTICE OF SERVICE

COMES NOW, Defendant, Kevin Boone, in his official capacity, who hereby notices that he has served the following discovery in the above-referenced matter:

1. **Answers and Objections of Defendant, Kevin Boone in His Official Capacity, to Plaintiff's Interrogatories and Requests for Production of Documents.**

Respectfully submitted, this 27th day of September 2018.

                                                **/s/ Colin D. Sherman**
                                                Colin D. Sherman (SHERC3110)
                                                Steven L. Lacey (MBN 99888, *pro hac vice*)
                                                *ATTORNEYS FOR DEFENDANT,*
                                                *KEVIN BOONE,*
                                                *IN HIS OFFICIAL CAPACITY*

OF COUNSEL:

**SHERMAN & LACEY, LLP**
P.O. Box 3062
Mobile, AL 36652-3062
Telephone:    (251) 930-5415
Facsimile:    (251) 252-7794
csherman@shermanlaceylaw.com
slacey@shermanlaceylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service, and/or that I have served a copy of the foregoing pleading on all parties to this proceeding who are not registered for electronic service by placing a copy of same in the U.S. Mail, first class postage prepaid and properly addressed, this 27th day of September 2018.

                                              **/s/ Colin D. Sherman**