IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANCIS PAUL RIPP,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| versus | * | **CIVIL ACTION 1:17-cv-00568-WS-B** |
| | * | |
| **THE CITY OF FAIRHOPE, ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff, Francis Paul Ripp, and Defendants, The City of Fairhope, The City Council of Fairhope, Jack Burrell, in his official capacity and individually, Kevin Boone, in his official capacity, Robert Brown, in his official capacity, James Reid Conyers, in his official capacity, and Jay Robinson, in his official capacity, by and through undersigned counsel, and respectfully file this notice of dismissal of this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and hereby stipulate and agree to dismiss this action with prejudice.

Accordingly, all parties shall bear their own attorneys' fees and costs.

**SIGNATURES OF COUNSEL CONTAINED ON FOLLOWING PAGE**

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| this 20th day of October 2018 | this 12th day of October 2018 |

Colin D. Sherman (SHERC3110)
Steven L. Lacey (*pro hac vice*, MBN 99988)
SHERMAN & LACEY, LLP
P.O. Box 3062
Mobile, AL 36652-3062
Tel:   (251) 930-5415
Fax:   (251) 252-7794
csherman@shermanlaceylaw.com
slacey@shermanlaceylaw.com

*Attorneys for Defendants,*
*The City of Fairhope, et al.*

Gregory L. Morris (ASB-0592-R73G)
867 Honeysuckle Drive
Fultondale, AL 35068
Tel:   (205) 567-0899
gregmorris2001@aol.com

*Attorneys for Plaintiff,*
*Francis Paul Ripp*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties this 20th day of *October* 2018.

s/Colin D. Sherman
Colin D. Sherman