**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FRANCIS PAUL RIPP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION  17-0568-WS-B** |
| | ) |
| **CITY OF FAIRHOPE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

In accordance with the parties' joint stipulation of dismissal, (Doc. 58), and pursuant to Rule 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, all parties to bear their own attorneys' fees and costs.

DONE and ORDERED this 22nd day of October, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE